# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW
PROCEEDINGS FOR VEOLA
RICHARDSON (D)

NO.   2026 CW 0050

**APRIL 20, 2026**

---

In Re:   St. Tammany Parish Service District No. 1 d/b/a St.
         Tammany Parish Hospital, Jessica F. Duncan, M.D., Jim
         Jones, M.D., Bianca Garrett, and Keith J. LaCour, M.D.,
         applying for supervisory writs, 22nd Judicial District
         Court, Parish of St. Tammany, No. 2021-12353.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This writ application is untimely.
Relators' notice of intent was filed on December 29, 2025, more
than thirty days after the trial court signed its September 17,
2025 judgment denying the Peremptory Exceptions of Prescription
filed by defendants, St. Tammany Parish Service District No. 1
D/B/A St. Tammany Parish Hospital, Jessica F. Duncan, M.D., Jim
Jones, M.D., Keith J. LaCour, M.D., and Bianca Garrett. Although
defendants filed a motion for new trial from the September 17,
2025 judgment, that ruling was interlocutory, and a motion for new
trial pertains only to final judgments and was procedurally
improper. Most significantly, the filing of a motion for new trial
seeking reconsideration of an interlocutory ruling cannot
interrupt the thirty-day period for filing an application for
supervisory writs established by Rule 4-3 of the Uniform Rules of
Louisiana Courts of Appeal. See **Carter v. Rhea,** 2001-0234 (La.
App. 4th Cir. 4/25/01), 785 So.2d 1022, 1025.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT